1044

No. 1243, Misc. STANLEY v. AVERY, CORRECTIONS COMMISSIONER. C. A. 6th Cir. Certiorari denied.

No. 1254, Misc. BRYAN v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 1257, Misc. ROBINSON v. VIRGINIA. C. A. 4th Cir. Certiorari denied.

No. 1279, Misc. MINTZER v. DROS, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 1298, Misc. DENMAN v. BEALE ET AL. C. A. 1st Cir. Certiorari denied. *Jesse R. Fillman* for respondent Whitney.

No. 1300, Misc. RUARK v. COLORADO. Sup. Ct. Colo. Certiorari denied.

No. 1310, Misc. SCHLETTE v. CALIFORNIA ADULT AUTHORITY ET AL. Sup. Ct. Cal. Certiorari denied.

No. 1312, Misc. HEIRENS v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 1315, Misc. PACHOLSKY v. PATE, WARDEN. Cir. Ct., Will County, Ill. Certiorari denied.

No. 1345, Misc. GULLETT ET AL. v. UNITED STATES. C. A. 8th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Edward Fenig* for the United States.